Affirmed and Memorandum Opinion filed February 5, 2009








Affirmed
and Memorandum Opinion filed February 5, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00677-CR

____________

 

RACHEL MARLENE CROW,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the County Criminal
Court at Law No. 4

Harris County, Texas

Trial Court Cause No.
1502715

 



 

M E M O R A N D U M   O P I N I O N

After a
jury trial, appellant was convicted of the offense of driving while intoxicated
and sentenced on July 8, 2008, to ninety days in the Harris County Jail.








On
January 15, 2009, this court ordered a hearing to determine why appellant's
counsel had not filed a brief in this appeal.  On January 21, 2009, the trial
court conducted the hearing.  On January 27, 2009, the trial judge forwarded an
original copy of the order he signed on January 21, 2009, finding that
appellant appeared with counsel and stated it was her desire to abandon her
appeal.  In addition to finding that appellant has abandoned her appeal without
making the necessary arrangements for filing a brief, the trial court found
appellant is not indigent.

On the
basis of those findings, this court has considered the appeal without briefs.  
See Tex. R. App. P. 38.8(b).  Based on the very limited
record before us, we can find no fundamental error.

Accordingly,
the judgment of the trial court is affirmed.

 

PER
CURIAM

 

 

Panel consists of Justices Yates,
Guzman, and Sullivan.

Do Not Publish C Tex.
R. App. P. 47.2(b).